### 15986.  EMORY *v.* THE STATE.

BROYLES, C. J.  1.  The failure of the judge to instruct the jury upon the law of confessions is not error, where there was no written request for such instructions.  *Patterson* v. *State,* 124 *Ga.* 408 (2), 410 (52 S. E. 534), and citations.

2. The verdict was demanded by the evidence.

        *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

        DECIDED JANUARY 15, 1925.

Conviction of manufacture of liquor; from Coweta superior court —Judge Roop.  October 9, 1924.

*T. G. Farmer Jr.,* for plaintiff in error.

*W. Y. Atkinson, solicitor-general,* contra.